1 | **JOHN F. MARTIN (SBN 52618)**
**MARTA R. VANEGAS (SBN 278328)**
2 | **LAW OFFICES OF JOHN F. MARTIN, P.C.**
3100 Oak Road, Suite 230
3 | Walnut Creek, CA 94597
Phone - (925) 937-5433
4 | Facsimile – (925) 938-5567

5 | Attorneys for Plaintiff,
PATRICIA SNIDER

6 |
SEYFARTH SHAW LLP
7 | Laura J. Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
8 | Michael A. Wahlander (SBN 260781)
mwahlander@seyfarth.com
9 | Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
10 | 560 Mission Street, 31st Floor
San Francisco, California 94105
11 | Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549
12 |
Attorneys for Defendant
13 | CHUBB & SON, A DIVISION OF FEDERAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA SNIDER, | CASE NO. 3:15-cv-05602-JD |
|---|---|
| Plaintiff | **JOINT STIPULATED DISMISSAL WITH PREFUDICE AND [PROPOSED] ORDER** |
| v. | |
| CHUBB & SON INC., AND DOES 1 to 10, | |
| Defendants | |

WHEREAS, Plaintiff PATRICIA SNIDER filed her Complaint in the United States District Court for the Northern District of California on December 8, 2015; and

WHEREAS, Plaintiff PATRICIA SNIDER ("Plaintiff") and Defendant Chubb & Son, a division of Federal Insurance Company (improperly named as "CHUBB & SON, Inc.") ("Defendant") have reached an agreement to resolve this matter.

1

*Snider v. Chubb & Son, et al.*
JOINT STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant that this action is to be dismissed with prejudice pursuant to the Parties' settlement of the matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  Each party is to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  July 11, 2016	Respectfully submitted,

LAW OFFICES OF JOHN F. MARTIN, P.C.


By:  /s/ Marta R. Vanegas
    John F. Martin
    Marta R. Vanegas

Attorneys for Plaintiff
PATRICIA SNIDER

DATED:  July 11, 2016	Respectfully submitted,

SEYFARTH SHAW LLP


By:     /s/  Shireen Yvette Wetmore
    Laura J. Maechtlen
    Michael A. Wahlander
    Shireen Yvette Wetmore

Attorneys for Defendant
CHUBB & SON, A DIVISION OF FEDERAL INSURANCE COMPANY

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Shireen Yvette Wetmore, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Marta R. Vanegas, counsel for Plaintiff.

DATED:  July 11, 2016	By:  /s/ Shireen Yvette Wetmore
    Shireen Yvette Wetmore

**IT IS SO ORDERED.**

DATED: <u>  July 12  </u>, 2016          _____
　　　　　　　　　　　　　　　　　　　　HON. JAMES DONATO
　　　　　　　　　　　　　　　　　　　　United States District Judge

27755395v.1

---

3

*Snider v. Chubb & Son, et al.*
JOINT STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER